DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLGA KUZENKOV,**
Appellant,

v.

**LAKEWOOD MID-RISE CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D2024-2796

[February 5, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Kerner, Judge; L.T. Case No. 50-2017-CA-009334-XXXX-MB.

Courtney B. Bouillon, Orlando, for appellant.

David Krempa of Poliakoff Backer, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***